FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAR 3 2005

By: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 05-0021 LRR |
| Plaintiff, ) | |
| ) | **COUNT 1:** |
| vs. ) | 18 U.S.C. § 922(g)(3) |
| ) | |
| FRANK THURN, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about December 14, 2003, in the Northern District of Iowa, defendant, FRANK THURN, who was then an unlawful user of controlled substances, i.e. marijuana, did knowingly and unlawfully possess, in and affecting commerce, one or more of the following firearms:

(1) a Chinese SKS rifle with a detachable magazine, a folding stock pistol grip, and a bayonet mount with a folding bayonet attached, SN 12116628TP;

(2) a Marlin Model 30A3, .30-.30 caliber rifle, SN 17097872;

(3) a Mossberg 410 shotgun, SN K726801;

(4) a Winchester .22 caliber rifle, SN F718439;

(5) a Winchester 410 shotgun, SN C957313;

(6) a Beretta 12 gauge shotgun, SN M63714E;

(7) a Taurus .454 revolver, SN RG676294; and

(8) a AA Arms .9mm pistol, SN 047950

This is in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

CHARLES LARSON SR
United States Attorney

By: *Matthew J. Cole*

MATTHEW J. COLE
Assistant United States Attorney
United States Attorney's Office
PO Box 74950
Cedar Rapids, IA 52407-4950
(319)363-0091
(319)363-1990 - fax
Matt.Cole@usdoj.gov

cc:

Mike Mollman