# United States District Court
## For The
## Northern District of Iowa

UNITED STATES OF AMERICA

v.

FRANK ALLEN THURN           Case No. CR 05-00021-1-LRR

The above named has complied with the conditions of supervised release imposed by the Court and the Term of Supervised Release expired on December 21, 2009. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Approved:

_____
Lisa Feuerbach
Supervising U.S. Probation Officer

Respectfully submitted,

_____
James Paul
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __21st__ day of __Dec__, 20__09__.

_____
Linda R. Reade
Chief U.S. District Judge